**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Lorenzo ROBLES–MAITORENA,**
**Defendant—Appellant.**

No. 04–30548.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Jan. 17, 2006.

Byron G. Chatfield, Office of the U.S. Attorney, Medford, OR, for Plaintiff—Appellee.

Tonia L. Moro, Esq., Federal Public Defender's Office, Medford, OR, for Defendant—Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Lorenzo Robles–Maitorena appeals from the 57–month sentence imposed following his guilty plea conviction to illegal reentry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Robles–Maitorena was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the

sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing judge to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 915–16 (9th Cir. 2005) (extending *Ameline's* limited remand procedure to cases involving nonconstitutional error).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.